UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

RAMON JAQUEZ,

                              **Plaintiff,**                      20-CV-08014 (PAE)(SN)

        -against-                                             **ORDER**

CHARLIE'S SOAP OUTLET, INC., et al.,

                              **Defendants.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Plaintiff filed proof of service on November 2, 2020, indicating that the only remaining Defendant was served on October 30, 2020. As such, Defendant was required to answer or otherwise respond to the First Amended Complaint by November 20, 2020. Defendant has yet to make an appearance. Accordingly, the Plaintiff is directed to file a letter no later than December 21, 2020, informing the Court as to whether he intends to move for default judgment against the Defendant.

**SO ORDERED.**

                                                                           _____
                                                                            SARAH NETBURN
                                                                            United States Magistrate Judge

DATED:      New York, New York
                  December 14, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2020