UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMON JAQUEZ, *on behalf of himself and all others similarly situated*,<br><br>                                         Plaintiff,<br>                    -v-<br><br>SUTHERLAND PRODUCTS, INC.,<br><br>                                         Defendant. | 20 Civ. 8014 (PAE) (SN)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Plaintiff has filed an affidavit indicating an intent to move for default judgment against defendant Sutherland Products, Inc., Dkt. 16, and obtained a Clerk's Certificate of Default, Dkt. 17. Plaintiff is directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures governing default judgments. Plaintiff's motion for a default judgment should be filed by February 12, 2021.

SO ORDERED.

                                                                                          *Paul A. Engelmayer*
                                                                                          _____
                                                                                          PAUL A. ENGELMAYER
                                                                                          United States District Judge

Dated:  January 29, 2021
            New York, New York